IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ALLEN | : | CIVIL ACTION |
| | : | NO. 15-5187 |
| vs. | : | |
| CITY OF PHILADELPHIA | : | |

## ORDER

AND NOW, this 9th day of March, 2016, the motion to dismiss of defendant the City of Philadelphia is GRANTED and the complaint is DISMISSED.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.        J.